1  MARLENE G. WEINSTEIN, ESQ.
   Attorney Bar No. 079429
2  LAW OFFICE OF
   MARLENE G. WEINSTEIN
3  1350 Treat Blvd., Ste. 420
   Walnut Creek, CA 94597
4  Telephone: (925) 472-0800

The following constitutes the
Order of the Court. Signed  4/24  20 14

HON. ARTHUR S. WEISSBRODT
United States Bankruptcy Judge

5

6  Attorney for Trustee
   KARI SILVA BOWYER

7

8

9              UNITED STATES BANKRUPTCY COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12  **In re**                      **Case No. 14-50354 ASW-7**
                                    **Chapter 7**
13  **THUAN-VU D HO,**

14                   **Debtor.**

15  _____

16  **KARI SILVA BOWYER, Trustee of**   **ADVERSARY PROCEEDING**
    **the Bankruptcy Estate of**        **NO. 14-05039**
17  **Thuan-Vu D Ho,**
                                        **ORDER FOR FURTHER HEARING AND**
18                   **Plaintiff,**     **GRANTING PRELIMINARY INJUNCTION**

19  **vs.**                             **Date:  May 22, 2014**
                                        **Time:  2:15 p.m.**
20                                      **Place: 280 South First St.**
    **LUU PHUONG NGUYEN aka**                  **San Jose, California**
21  **LUUPHUONG NGUYEN, BAO QUOC**             **Courtroom 3020**
    **NGUYEN and MINHDUC T. LUU,**      **Judge: Hon. Arthur S. Weissbrodt**
22
23                   **Defendants.**

24  _____

25

26      The hearing on the *Ex Parte* Application For Order Granting

27  Temporary Restraining Order and preliminary injunction ("the

28  Application") filed by Plaintiff, KARI SILVA BOWYER, duly appointed

Order Granting Preliminary
Injunction and Setting Hearing

1 | trustee of the estate of Thuan-Vu D Ho, for a preliminary injunction
2 | enjoining and restraining the above-named Defendants from taking any
3 | action to transfer, hypothecate or otherwise use or distribute any of
4 | the remaining proceeds from the April 4, 2014 sale of the real property
5 | located at 3482 Lapridge Lane, San Jose, California ("the Lapridge
6 | Property") pending resolution of the above-captioned adversary
7 | proceeding, came on for hearing on April 23, 2014, at 2:45 a.m. in the
8 | above-entitled court before the Honorable Arthur S. Weissbrodt.
9 | Plaintiff appeared by and through her attorney of record, Marlene G.
10 | Weinstein. There were no other appearances.

12 | The court having read and considered the pleadings in support of the
13 | application, having heard oral argument of counsel, for the reasons
14 | articulated on the record, and good cause appearing therefor,

16 | **IT IS HEREBY ORDERED** that defendants, Luu Phuong Nguyen aka
17 | Luuphuong Nguyen, Bao Quoc Nguyen and Minhduc T. Luu shall be and hereby
18 | are restrained and enjoined from taking any action to transfer,
19 | hypothecate or otherwise use or distribute any of the remaining proceeds
20 | from the April 4, 2014 sale of the Lapridge Property including, but not
21 | limited to, any and all of said proceeds of sale remaining in the
22 | possession and control of defendant, Luu Phuong Nguyen aka Luuphuong
23 | Nguyen, as well as any and all funds transferred to defendants, Bao Quoc
24 | Nguyen and Minhduc T. Luu, through and including May 31, 2014.

26 | ///
27 | ///
28 | ///

Order Granting Preliminary
Injunction and Setting Hearing                2

1  **IT IS HEREBY FURTHER ORDERED** that a hearing on Plaintiff's
2  Application for a preliminary injunction will be held on Thursday, May
3  22, 2014, at 2:15 p.m., or as soon thereafter as the matter may be heard,
4  in the courtroom of the Honorable Arthur S. Weissbrodt, of the United
5  States Bankruptcy Court, located at 280 South First Street, San Jose,
6  California 95113, at which time defendants, Luu Phuong Nguyen aka
7  Luuphuong Nguyen, Bao Quoc Nguyen and Minhduc T. Luu Plaintiff 94612, are
8  noticed to appear and then and there show case, if any they have, why a
9  preliminary injunction should not be issued.

10

11  **IT IS FURTHER HEREBY ORDERED** that Plaintiff shall serve a copy of
12  the within order together to each of the above-named defendants, on or
13  before April 25, 2014, in the following manner(s):
14      1.   By first class mail to all defendants;
15      2.   By express mail to all defendants; and,
16      3.   By email to Luu Phuong Nguyen.
17
18                          ** END OF ORDER **
19
20
21
22
23
24
25
26
27
28

Order Granting Preliminary
Injunction and Setting Hearing          3

## COURT SERVICE LIST

Thuan Vu-D Ho
2600 Senter Road
Space 137
San Jose, CA 95111

Luu Phuong Nguyen
1632 South White Road
San Jose, CA 95127

Bao Quoc Nguyen
1632 South White Road
San Jose, CA 95127

Minhduc T. Luu
1632 South White Road
San Jose, CA 95127

Order Granting Preliminary
Injunction and Setting Hearing                4